FILED

FEB 1 7 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Don Hildebrand )
)
)
)                          Bankruptcy Case No: 14-28695
)
)
Debtor(s). )
)

TO: Mr. Hildebrand _____

☐ Your check #_____ in the amount of $_____ is being returned to you as the court does not accept personal checks. Please resubmit your payment in the form of a cashier's check or money order made out to the U.S. Bankruptcy Court. For your own protection, do not send cash through the mail.

☑ Your check/money order # 186_____ in the amount of $ 850.00_____ is being returned to you as the court does not accept payments on behalf of the Chapter 7 Trustee. Please submit the payment directly to the Chapter 7 Trustee at the following address:

John E. Bell, P.O. Box 950, Woodbridge, CA 95258

☐ We are returning your financial documents for you to send to your trustee at the following address:


☐ The above-entitled case was closed on _____. Please be advised that the document(s) subsequently filed by you have been docketed. However before the court will calendar this matter or take any action with respect to the relief requested in these documents, the case must be reopened. To reopen the case, see Local Bankruptcy Rule 5010-1 and payment of a filing fee may be required. See www.caeb.uscourts.gov and select *Filing and Fee Information*. (Additionally, for cases filed in the Sacramento/Modesto offices, a Notice of Hearing with the date and time filled in setting the matter in the appropriate department may be required. See www.caeb.uscourts.gov and select *Court Calendars*.)

☐ We are returning the document submitted by you and will take no further action, as it is unclear what you are attempting to file.

☐ We have docketed the pleading submitted by you and will take no further action as it is unclear what you are attempting to file.

☐ If you wish to file a proof of claim, please resubmit with the appropriate form, which is enclosed for your convenience.

☐ If you wish to file an adversary complaint, please resubmit a properly captioned and signed complaint, completed adversary cover sheet (see enclosed), and filing fee of $350.00.

**PLEASE SEE SECOND PAGE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.**

EDC 2-130 (Page 1) (Rev. 7/14)

☐ We have accepted your document for filing but will take no action on it.  The document that you filed appears to be amending the petition.  The change(s) you are attempting to make cannot be made by filing this document.   Note:  If the change involves whether the case is deemed an asset or no asset case, please be advised that the trustee will make this determination upon conclusion of the meeting of creditors.

☐ It appears that the enclosed document does not relate to a case within the Eastern District of California Bankruptcy Court.  Please verify debtor's name and case number and submit to the correct court.  If applicable, Form EDC 2-070, *United States Bankruptcy Courts Within California,* is enclosed.

☐ The information you requested would require the rendering of legal advice, something the court, by law, cannot do.  In order for your question to be answered, it will be necessary for you to seek the advice of competent legal counsel.

☐ We are unable to provide you with copies without the payment of search, photocopy and/or certification fees.  You may view cases electronically through a PACER account, which is available on our website at www.caeb.uscourts.gov.  The cost per search of records is $30.00, photocopy fee is $.50 per page, and if you wish the document to be certified, an additional $11.00 fee per document will apply.  The court does not accept personal checks for payment of fees.  We accept business checks, cashier's checks or money orders.  For your protection, do not send cash through the mail.

☐ The case file has been closed and sent to the Federal Records Center in San Bruno, California for storage.  Therefore, the information that you requested must be obtained directly from the Federal Records Center.  Enclosed please find information on how to obtain copies of records from the Federal Records Center.

☐ The court's forms package can be obtained from our website at www.caeb.uscourts.gov free of charge.  You may also purchase the forms package for $3.00 at the Clerk's office.  Payment may be made in the form of cash (exact change required), money order or cashier's check.  For your protection, do not send cash through the mail.

☐ Other:

ALL  NEGOTIABLE INSTRUMENTS MUST BE MADE PAYABLE TO THE CLERK OF THE U.S. BANKRUPTCY COURT.  MONEY ORDERS AND CASHIER'S CHECKS ARE ACCEPTED FROM THIRD PARTIES AND ARE ACCEPTABLE FOR PAYMENT OF ALL FEES AND SERVICES.  CHECKS FOR FILING FEE PAYMENTS, OTHER THAN CASHIER'S CHECKS, MUST BE DRAWN ON THE TRUST ACCOUNT OF THE DEBTOR'S ATTORNEY.  CHECKS FOR ALL OTHER FEES AND SERVICES MUST BE BUSINESS CHECKS OR CASHIER'S CHECKS.  **NO PERSONAL CHECKS!**  FOR YOUR OWN PROTECTION, **DO NOT SEND CASH THROUGH THE MAIL.**

DATED:  2|17|15              By: _____

U.S. Bankruptcy Court, Sacramento Division
(916) 930-4400
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

EDC 2-130 (Page 2) (Rev. 7/14)