3
ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
800 Howe Avenue, Suite 420
Sacramento, CA 95825
Telephone: (916) 641-2288
Facsimile:  (916) 641-1888

Attorneys for John Bell, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DONALD A. HILDEBRAND, II and ELLEN M. WHITE,<br><br>Debtors. | Case No. 14-28695-B-7<br><br>Chapter 7<br><br>**TRUSTEE'S STATUS REPORT AND REQUEST FOR REFERRAL TO THE COURT'S BANKRUPTCY DISPUTE RESOLUTION PROGRAM**<br><br>Date:        February 7, 2017<br>Time:        9:30  A.M.<br>Dept:        B<br>Courtroom: 32<br>Location:   Robert T. Matsui United States Courthouse, 501 I Street, 6th Floor Sacramento, CA 95814<br><br>Judge:      Christopher D. Jaime |

John Bell, Chapter 7 Trustee, (hereinafter referred to as the "Trustee") does hereby respectfully submits this Status Report, pursuant to the Order Continuing Status Conference issued by the Court on December 5, 2016 (ECF 243).

The Trustee has discontinued all efforts to sell the real property located at 120 Marble Canyon Drive, Folsom, California 95632 (hereinafter referred to as the "Marble Canyon Property"), which is the Debtors' residence, but

which has not been claimed as exempt by the Debtors.

The Trustee obtained an order from this Court authorizing him to sell the estate's interest and the co-owner's interest in real property located at 1112 West Vernal Way, Stockton, California 95203 (hereinafter referred to as the "Vernal Way Property"). It is respectfully requested that the Court take judicial notice of said order (ECF 260). The escrow established to effectuate the sale of the Vernal Way Property on Monday, June 30, 2017. The Trustee is awaiting receipt of the proceeds of sale, and as soon as the proceeds are received from First American Title, will file a Report of Sale.

A number of issues remain to be resolved with the Debtors regarding the Marble Canyon Property, the estate's interest in insurance proceeds totaling $6,720.46, relating to a 2003 Chevy Trailblazer valued at $2,000, and exempted in that amount under Section 703.14(b)(2) of the California Civil Code, and the estate's interest in a 2011 Chevy Silverado, valued at $25,000, in which portions of the Debtors' exemptions were disallowed.

In addition, there are issues relating to amounts which may be due to the estate or Mr. Hildebrand, by R&L Business Management, which R&L Business Management, by and through its attorneys Felderstein Fitzgerald Willoughby & Pascuzzi, has offered to resolve by payment of $20,000, in exchange for a full release by Mr. Hildebrand and the estate.

In order to resolve all of these issues and reach a global settlement with the Debtors, Mr. Bell, the Trustee, has been negotiating directly with the Debtors. Most recently, on December 7, 2016, Mr. Bell sent a written settlement proposal by email and mail. The settlement proposal was not accepted. Mr. Hildebrand and the Trustee spoke by phone on December 16, 2016. Mr. Hildebrand informed the Trustee that there will be a counter

1  to the proposal, but none has been forthcoming.

2      Issues remain to be resolved.  The Trustee believes that consensual

3  resolution would be in the best interest of the estate, the creditors, and all

4  concerned.

5      The Trustee does hereby advise the Court that he is amenable to

6  engaging in the Court's Bankruptcy Dispute Resolution Program, and

7  respectfully requests that the various disputes with the Debtors be referred

8  to the Court's Bankruptcy Dispute Resolution Program.

9

10  Dated: January 31, 2017          Respectfully submitted,

11

12                                  **PINO & ASSOCIATES**

13

14

15  By: _____

16      Estela O. Pino,  Attorneys
       for John Bell, Chapter 7 Trustee

17

18

19

20

21

22

23

24

25

26