```
 1  2
    John Bell
 2  Chapter 7 Trustee
    P.O. Box 950
 3  Woodbridge, CA 95258
    Telephone: (209) 339-9345
 4
 5  Attorneys for John Bell, Chapter 7 Trustee
 6              UNITED STATES BANKRUPTCY COURT
        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
 7                    SACRAMENTO DIVISION
 8  In re:                          )   Case No. 14-28695-B-7
                                    )
 9                                  )
    DONALD A. HILDEBRAND, II and    )   REPORT OF SALE BY TRUSTEE
10  ELLEN M. WHITE,                 )   PURSUANT TO RULE 6004(f)(1)
                                    )
11                                  )
            Debtors.                )
12  _____  )
13
        The following is an itemized statement of the real property sold by the
14
    Trustee, the name of the purchaser, and the price received for real property
15
    sold:
16
```

| DESCRIPTION OF PROPERTY | NAME OF PURCHASER | PRICE |
|---|---|---|
| Real property commonly known as 1112 W Vernal Way, Stockton, California 95203, and as more fully described in **Exhibit A** attached hereto and incorporated herein by reference, including the interest of co-owner Marcia R. Crockett, Trustee of the Survivor's Trust under Marcia and Harry Crockett 2004 Family Trust, pursuant to her consent and Court Order. | Steven Islas | $152,500 |

Dated: 2-1-17

_____
John Bell, Trustee

**LEGAL DESCRIPTION**

Real property in the City of Stockton, County of San Joaquin, State of California, described as follows:

LOT 15 IN BLOCK 9 OF YOSEMITE TERRACE FILED FOR RECORD JULY 19, 1913 IN VOLUME 7 OF MAPS AND PLATS, PAGE 24, SAN JOAQUIN COUNTY RECORDS.

APN: 135-200-17

| American Land Title Association | ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |



File No.: 3402-5375007  
Printed: 01/30/2017, 3:04 PM  
Officer/Escrow Officer: Jamie Morse-Kincaid/ht  
Settlement Location:  
2425 Fair Oaks Blvd. Suite 6, Sacramento, CA 95825  

**First American Title Company**  
2425 Fair Oaks Blvd. Suite 6 • Sacramento, CA 95825  
Phone: (916)489-5800  Fax: (866)864-0902  
**Final Settlement Statement**

Property Address: 1112 W Vernal Way, Stockton, CA 95203  
Buyer: Steven Islas  
Seller: John Bell, Trustee of Bankruptcy Estate of Hilderbrand Donald A II  
Lender:  
Settlement Date: 01/30/2017  
Disbursement Date: 01/30/2017

| | Seller | |
|---|---|---|
| Description | Debit | Credit |
| **Financial** | | |
| Sale Price | | 152,500.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes  01/30/17 to 07/01/17  @$1,127.81/semi | | 939.33 |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Eagle Owners Policy  to First American Title Company | 408.50 | |
| Escrow Fee - One Half  to First American Title Company | 475.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission  to Katzakian Real Estate | 5,337.50 | |
| Real Estate Commission  to Peter Boysen Realty | 3,812.50 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Record Satisfaction Judgment/Lien  to San Joaquin County Recorder    POC $38.00 | | |
| County Documentary Transfer Tax  to San Joaquin County Recorder | 167.75 | |
| | | |
| **Miscellaneous** | | |
| Lien to be paid  to City of Stockton Neighborhood Services Section | 342.19 | |
| Smoke Detectors  to Rick Council | 163.00 | |
| Property Taxes 2nd Installment 2016-2017 Tax  to San Joaquin County Tax Collector | 1,127.81 | |
| Utilities  to City of Stockton Utilities | 66.76 | |
| | | |
| **Subtotals** | 11,901.01 | 153,439.33 |
| Due To Seller | 141,538.32 | |
| Totals | 153,439.33 | 153,439.33 |

Recording Fees are POC by the Settlement Agent

Copyright 2015 American Land Title Association.
All rights reserved

Page **1** of **2**

File # 3402-5375007  
Printed on 01/30/2017 at 3:04 PM

_____
Escrow Officer: Jamie Morse-Kincaid

Copyright 2015 American Land Title Association.
All rights reserved

Page 2 of 2

File # 3402-5375007
Printed on 01/30/2017 at 3:04 PM