# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Donald Andrews Hildebrand and Ellen Marie White | **Case No :** | 14–28695 – B – 7 |
| | | **Date :** | 02/07/2017 |
| | | **Time :** | 09:30 |
| **Matter :** | [91] – Motion/Application to Compel Abandonment [RDS–5] Filed by Debtor Donald Andrews Hildebrand II, Joint Debtor Ellen Marie White (Fee Paid $176) (eFilingID: 5585690) (cjim) | | |
| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
   Trustee's Attorney – Estela O. Pino
**Respondent(s) :**
None

ORDER

For the reasons stated orally on the record and good cause appearing.

The matter having been assigned to Bankruptcy Dispute Resolution Program, the status conference hearing regarding the sale of the Marble Canyon Property is ORDERED CONTINUED to April 11, 2017 at 9:30 a.m. Status report to be filed on or before April 4, 2017.

**Dated:** February 10, 2017

Christopher D. Jaime, Judge
United States Bankruptcy Court